## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Donna Wolf, *et al.*,

     Plaintiffs,

          v.                           Case No.   1:16cv359

Deutche Bank National
Trust Company, *et al.*,                      Judge Michael R. Barrett

     Defendants.

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on April 26, 2016 (Doc. 5).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981.  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 5) of the Magistrate Judge is hereby **ADOPTED.**  This matter is **DISMISSED** consistent with the recommendation by the Magistrate Judge for failure to obey a Court Order.

**IT IS SO ORDERED.**

                                 */s/ Michael R. Barrett*
                               Michael R. Barrett
                               United States District Judge